AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

**Rigoberto GOVEA-Briones**
**A87 625 340**

AKA:
**IAE**
**the United Mexican States**    YOB: **1979**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    **7:10-po-05060**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 28, 2010** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did (*Track Statutory Language of Offense*)

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)    (Misdemeanor)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Rigoberto GOVEA-Briones was encountered by Border Patrol Agents near Hidalgo, Texas on September 28, 2010. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on September 28, 2010, by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/     Eva Diaz     Senior Patrol Agent
**Signature of Complainant**

Sworn to before me and subscribed in my presence,

**September 29, 2010**                                 at    **McAllen, Texas**
**Date**                                                                       **City and State**

**Peter E. Ormsby**, **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**